ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
JAMES C. HUGHES (CA SBN 263878)
Assistant United States Attorney
   Room 7211 Federal Building
   300 North Los Angeles Street
   Los Angeles, CA 90012
   Telephone: (213) 894-4961
   Facsimile: (213) 894-0115
   Email: james.hughes2@usdoj.gov

Attorneys for the United States of America,
Petitioner

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  SACV 13-1499-AG(ANx) |
| Petitioner, | ORDER TO SHOW CAUSE |
| vs. | |
| KENT J. BREAZEALE, | |
| Respondent. | |

Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration to the Petition, the Court finds that Petitioner has established its prima facie case for judicial enforcement of the subject Internal Revenue Service ("IRS" and "Service") summonses.  See United States v. Powell, 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); see also Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-

120 (9th Cir. 1995) (the Government's prima facie case is typically made through the sworn declaration of the IRS agent who issued the summons); accord, United States v. Gilleran, 992 F.2d 232, 233 (9th cir. 1993).

**THEREFORE, IT IS ORDERED** that Respondent appear before this District Court of the United States for the Central District of California in Courtroom No. 10D,

> Ronald Reagan Federal Building and United States Courthouse
> 411 West Fourth Street,
> Santa Ana, California 92701

on **November 25, 2013, at 10:00 a.m.**

and show cause why the testimony and production of books, papers, records and other data demanded in the subject Internal Revenue Service summonses should not be compelled.

**IT IS FURTHER ORDERED** that copies of this Order, the Petition, Memorandum of Points and Authorities, and accompanying Declaration be served promptly upon Respondent by any employee of the Internal Revenue Service or by the United States Attorney's Office, by personal delivery, or by leaving copies of each of the foregoing documents at the Respondent's dwelling or usual place of abode with someone of suitable age and discretion who resides there, or by certified mail.

**IT IS FURTHER ORDERED** that within ten (10) days after service upon Respondent of the herein described documents, Respondent shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions. If, prior to the return date of this Order, Respondent files a response with the Court stating that Respondent does not desire to oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of

2

Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall be deemed to have complied with the requirements of this Order.

**IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered on the return date of this Order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein described documents will be considered by the Court. All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

DATED: This 26th day of September, 2013

_____

United States District Judge
Andrew J Guilford

Presented By:

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


_____/S/_____
JAMES C. HUGHES
Assistant United States Attorney
Attorneys for the United States of America, Petitioner